S. Jordan Walsh (Nevada Bar No. 13481)
Dora V. Lane (Nevada Bar No. 8424)
Matthew T. Cecil (Nevada Bar No. 9525)
Holland & Hart LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Phone: 775.327.3000
Fax: 775.786.6179
sjwalsh@hollandhart.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OFFICER GEORGE FORBUSH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SPARKS, NEVADA; CITY MANAGER NEIL KRUTZ, in his individual and official capacities; ASSISTANT CITY MANAGER JOHN MARTINI, in his individual and official capacities; HUMAN RESOURCES DIRECTOR MINDY FALK, in her individual and official capacities; DOES 1-10,<br><br>Defendants. | Case No.: 3:21-cv-00163-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT, COMPLAINT PURSUANT TO FRCP RULE 12(b)(6), OR ALTERNATIVELY MOTION TO COMPEL ARBITRATION PURSUANT TO 9 U.S.C. § 4 (THE FEDERAL ARBITRATION ACT) AND DISMISSAL PURSUANT TO FRCP RULE 12(b)(1); ORDER**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff, OFFICER GEORGE FORBUSH, by and through his undersigned counsel, and Defendants, the CITY OF SPARKS, NEIL KRUTZ, JOHN MARTINI, and MINDY FALK, by their undersigned counsel that the Defendants may have an additional week, seven (7) days, up to and including July 26, 2021, to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint, et.al., filed on July 12, 2021.

1  The reason for the extension requested is as follows:

2  Due to a number of scheduling conflicts between July 13, 2021 and July 19, 2021, including a jury summons for July 19, 2021, Defendants' counsel need additional time to review and respond to Plaintiff's July 12, 2021 Opposition. Defendants believe that the requested one-week extension is necessary to enable them to meaningfully evaluate Plaintiff's Opposition and prepare a Reply.

7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

This is the first request for an extension of time for this deadline requested by the Defendants. This stipulation is made with good cause and is brought in good faith.

RESPECTFULLY SUBMITTED:

DATED   July 16, 2021

HOLLAND & HART LLP

/s/ *S. Jordan Walsh*
S. Jordan Walsh (Nevada Bar No. 13481)
Dora V. Lane (Nevada Bar No. 8424)
Matthew T. Cecil (Nevada Bar No. 9525)
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094
Attorneys for Defendants

DATED   July 16, 2021

WERKSMAN, JACKSON & QUINN, LLP

/s/ *Caleb Mason*
Caleb E. Mason, Esq. (Ca Bar No. 246653, Pro Hac Vice)
Werksman, Jackson & Quinn, LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017
cmason@worksmanjackson.com
(213)688-0460
Attorneys for Plaintiff

DATED   July16, 2021

LAW OFFICES OF MARK KILBURN

/s/ *Mark Kilburn*
Mark Kilburn (Nevada Bar No. 1702)
327 S. Arlington Avenue
Reno, NV 89501
kilburnlaw@sbcglobal.net
Attorneys for Plaintiff

**IT IS SO ORDERED:**

UNITED STATES DISTRICT COURT

DATED:   July 16, 2021

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

# CERTIFICATE OF SERVICE

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on the 15th day of July, 2021, I served a true and correct copy of the STIPULATION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION, ET. AL.; ORDER by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below as follows:

CALEB E. MASON
WERKSMAN JACKSON & QUINN, LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
cmason@werksmanjackson.com
(213) 688-0460

MARK A. KILBURN
Law Offices of Mark Kilburn
327 S. Arlington Ave.
Reno, NV 89501
kilburnlaw@sbcglobal.net
(775) 329-1735

        /s/Amanda De La Rosa
        An Employee of Holland & Hart LLP

17047209_v1