Sarah J. Walsh (Nevada Bar No. 13481)
Dora V. Lane (Nevada Bar No. 8424)
Matthew T. Cecil (Nevada Bar No. 9525)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: 775.327.3000
Fax: 775.786.6179
sjwalsh@hollandhart.com
dlane@hollandhart.com
mtcecil@hollandhart.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OFFICER GEORGE FORBUSH,<br><br>Plaintiff,<br>v.<br><br>CITY OF SPARKS, NEVADA; CITY MANAGER NEIL KRUTZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; ASSISTANT CITY MANAGER JOHN MARTINI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; HUMAN RESOURCES DIRECTOR, MINDY FALK, in her individual and official capacities, DOES 1-10,<br><br>Defendant. | Case No.: 3:21-CV-00163-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between Plaintiff, OFFICER GEORGE FORBUSH, by and through his undersigned counsel, and Defendants, the CITY OF SPARKS, NEIL KRUTZ, JOHN MARTINI, and MINDY FALK, by their undersigned counsel that the Defendants may have an extension of sixteen (16) days, up to and including January 20, 2022, to file an Answer to Plaintiff's Complaint filed on April 8, 2021.  The reason for the extension requested is as follows:

1  On December 21, 2021, the Court entered its order on Defendants' Motion to Compel
2  Arbitration.
3  Defendants requested an extension because of counsel's schedule and the holidays. The
4  Plaintiffs agreed.
5  This is the first request for an extension of time for this deadline requested by the
6  Defendants. This stipulation is made with good cause and is brought in good faith.

RESPECTFULLY SUBMITTED:

DATED    January 3, 2022.

HOLLAND & HART LLP

/s/ *S. Jordan Walsh*
S. Jordan Walsh (Nevada Bar No. 13481)
Dora V. Lane (Nevada Bar No. 8424)
Matthew T. Cecil (Nevada Bar No. 9525)
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094
Attorneys for Defendants

DATED    January 3, 2022.

WERKSMAN, JACKSON & QUINN, LLP

/s/ *Caleb Mason*
Caleb E. Mason, Esq. (Ca Bar No. 246653, Pro Hac Vice)
Werksman, Jackson & Quinn, LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017
cmason@worksmanjackson.com
(213)688-0460
Attorneys for Plaintiff

STIPULATION FOR EXTENSION
OF TIME TO FILE ANSWER TO COMPLAINT

2

DATED      January 3, 2022.

                                                  LAW OFFICES OF MARK KILBURN

                                                  /s/ *Mark Kilburn*
                                                  Mark Kilburn (Nevada Bar No. 1702)
                                                  327 S. Arlington Avenue
                                                  Reno, NV 89501
                                                  kilburnlaw@sbcglobal.net
                                                  Attorneys for Plaintiff

**IT IS SO ORDERED:**

*/s/ William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE

                DATED:      January 3, 2022

STIPULATION FOR EXTENSION
OF TIME TO FILE ANSWER TO COMPLAINT

3