# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE FORBUSH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SPARKS, et al.,<br><br>　　　　　　Defendants. | 3:21-cv-00163-MMD-CSD<br><br>**ORDER** |

In light of Chief United States District Judge Du's Order denying Defendants' motion to stay the case pending appeal (ECF No. 42), the parties shall meet and confer to discuss Scheduling Order deadlines prior to the Case Management Conference scheduled for Tuesday, March 29, 2022, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: March 22, 2022.

_____
UNITED STATES MAGISTRATE JUDGE