UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GEORGE FORBUSH,  )
                 )    Case: 3:21-cv-00163-MMD-CSD
       Plaintiff, )
vs. )
                 )
                 )
CITY OF SPARKS, et al., )
                 )    MINUTES OF PROCEEDINGS
       Defendants. )
                 )    DATED:      March 29, 2022
_____)

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: Karen Walker    REPORTER: Liberty Court Recorder

COUNSEL FOR PLAINTIFF:    Caleb Mason, Esq. and Mark Kilburn, Esq.

COUNSEL FOR DEFENDANTS:    Jordan Walsh, Esq. and Dora Lane, Esq.

**MINUTES OF PROCEEDINGS:**    **VIDEO CASE MANAGEMENT CONFERENCE**

10:01 a.m. Court convenes.

      The Court holds today's hearing pursuant to Defendants' Motion/Request for Pretrial Conference Pursuant to FRCP 16 and Local Rule II 16-2 (ECF No. 39).

      The Court notes review of the motion and District Judge Du's Order denying Defendants' Motion for Stay Pending Appeal (ECF No. 33). The Court also notes for the record that this case is scheduled for mediation on April 26, 2022, pursuant to the Ninth Circuit Court of Appeals Mediation Program.

MINUTES OF PROCEEDINGS - 1

The Court inquires whether the parties have discussed how to proceed with discovery since the motion to stay has been denied. Mr. Walsh advises that the parties' point of disagreement is with the timeframe in conducting depositions and that the parties have agreed with moving forward on written discovery.

The Court hears arguments from the parties regarding their position with conducting depositions during a specific time period.

The Court recesses at 10:23 a.m. to obtain additional information regarding District Judge Du's trial schedule.

The Court reconvenes at 10:28 a.m.

The Court advises the parties regarding the trial back log and the unlikelihood of this case being set for trial prior the Spring of 2023.

The Court requests the parties meet and confer and file a stipulated proposed discovery plan and scheduling order pursuant to Rule 26.

The parties are directed to refer to the Civil Standing Order (ECF No. 36) should any discovery issues arise which may need the Court's assistance to resolve.

There being no additional matters to address at this time, court adjourns at 10:39 a.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Karen Walker, Deputy Clerk