Sarah J. Walsh (Nevada Bar No. 13481)
Dora V. Lane (Nevada Bar No. 8424)
Matthew T. Cecil (Nevada Bar No. 9525)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Phone: 775.327.3000
Fax: 775.786.6179
sjwalsh@hollandhart.com
dlane@hollandhart.com

*Attorneys for Defendants*
*The City of Sparks, Nevada; City Manager, Neil Krutz;*
*Assistant City Manager, John Martini; and*
*Director of Human Resources, Mindy Falk*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OFFICER GEORGE FORBUSH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SPARKS, NEVADA; CITY MANAGER NEIL KRUTZ, in his individual and official capacities; ASSISTANT CITY MANAGER JOHN MARTINI, in his individual and official capacities; HUMAN RESOURCES DIRECTOR MINDY FALK, in her individual and official capacities; DOES 1-10,<br><br>Defendants. | Case No.: 3:21-cv-00163-MMD-CSD<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

PLEASE TAKE NOTICE that Matthew T. Cecil, hereby withdraws as attorney of record for THE CITY OF SPARKS, NEVADA; CITY MANAGER, NEIL KRUTZ; ASSISTANT CITY MANAGER, JOHN MARTINI; and DIRECTOR OF HUMAN RESOURCES, MINDY FALK ("Defendants"), in the above-entitled case. S. Jordan Walsh and Dora V. Lane of Holland

1

& Hart LLP will remain as counsel of record for Defendants, and any and all documents and pleadings filed in this matter shall continue to be served upon them at the above address.

DATED this 16th day of May, 2023.

HOLLAND & HART LLP

/s/ S. Jordan Walsh
Sarah J. Walsh (Nevada Bar No. 13481)
Dora V. Lane (Nevada Bar No. 8424
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094

*Attorneys for Defendants*
*The City of Sparks, Nevada; City Manager, Neil Krutz; Assistant City Manager, John Martini; and Director of Human Resources, Mindy Falk*

IT IS SO ORDERED.

DATED: May 18, 2023.

_____
UNITED STATES MAGISTRATE JUDGE