UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE FORBUSH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SPARKS, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:21-cv-00163-MMD-CSD<br>Ninth Circuit Court of Appeals No. 22-15079<br><br>ORDER ON MANDATE |

　　The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on September 1, 2023, issued its order (ECF No. 61) affirming this Court's order, and on October 24, 2023, issued its mandate thereon (ECF No. 64), and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

　　It is further ordered that the parties must file a status report within seven days of the date of this order on the steps that need to be taken to move this case forward.

　　DATED THIS 25th Day of October 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE