Sarah J. Walsh (Nevada Bar No. 13481)
Dora V. Lane (Nevada Bar No. 8424)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Phone: 775.327.3000
Fax: 775.786.6179
sjwalsh@hollandhart.com
dlane@hollandhart.com

*Attorneys for Defendants*
*The City of Sparks, Nevada;*
*Assistant City Manager, John Martini; and*
*Chief of Police, Chris Crawforth*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OFFICER GEORGE FORBUSH,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SPARKS, NEVADA; ASSISTANT CITY MANAGER JOHN MARTINI, in his individual and official capacities; CHIEF OF POLICE CHRIS CRAWFORTH, in his individual and official capacities; DOES 1-10,<br><br>    Defendant. | **Case No.: 3:21-cv-00163-MMD-CSD**<br>ORDER GRANTING<br>**REQUEST FOR NAMED DEFENDANTS TO BE EXCUSED FROM PERSONALLY ATTENDING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE** |

Defendants, the CITY OF SPARKS, JOHN MARTINI, and CHRIS CRAWFORTH (the "Defendants"), request to be excused from personally attending the Settlement Conference scheduled for February 26, 2024. At this stage of the litigation, Defendants' insurer has full financial settlement and decision-making authority on behalf of all Defendants, and will attend the settlement conference in its entirety. Defendants do not seek to be excused from the settlement conference completely and, to the extent necessary, will be available for consultation via telephone communications with their legal representatives who will attend the settlement conference.

The Defendants are not available to appear at the settlement conference due to pre-existing scheduling conflicts (the Sparks City Council Budget Workshop, for the upcoming fiscal year,

1

and subsequent meetings). These events require the personal attendance of Mr. Martini, Mr. Crawforth, and the City's current representative. Given Mr. Mason's limited availability due to his upcoming trial, the Court's schedule, the fact that Defendants' insurer is the decision-maker for settlement purposes, and the parties' desire to participate in a settlement conference in the near future, Defendants respectfully request that the settlement conference continue without their personal appearance.

Dated: February 14, 2024.

HOLLAND & HART LLP

 /s/ S. Jordan Walsh
S. Jordan Walsh, Esq. (SBN 13481)
Dora V. Lane (SBN 8424)
5441 Kietzke Lane, Suite 200
Reno, Nevada 89511-2094

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED:  February 14, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

2