Sarah J. Walsh (Nevada Bar No. 13481)
Dora V. Lane (Nevada Bar No. 8424)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, Nevada 89511-2094
Phone: 775.327.3000
Fax: 775.786.6179
sjwalsh@hollandhart.com
dlane@hollandhart.com

*Attorneys for Defendants*
*The City of Sparks, Nevada;*
*Assistant City Manager, John Martini; and*
*Chief of Police, Chris Crawforth*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OFFICER GEORGE FORBUSH, | **Case No.:  3:21-cv-00163-MMD-CSD** |
| Plaintiff, | **STIPULATION TO VACATE SETTLEMENT CONFERENCE AND TO STAY PROCEEDINGS FOR FOURTEEN DAYS** |
| v. | |
| CITY OF SPARKS, NEVADA; ASSISTANT CITY MANAGER JOHN MARTINI, in his individual and official capacities; CHIEF OF POLICE CHRIS CRAWFORTH, in his individual and official capacities; DOES 1-10, | |
| Defendant. | |

Plaintiff, and Defendants, by and through their respective counsel, hereby stipulate to the following:

1.    The parties agree to vacate the February 26, 2024 settlement conference before Magistrate Judge Denney, and request that the Court issue a 14-day stay of the matter. The reason for the parties' stipulation is as follows.

2.    The Court's Order setting the February 26, 2024 settlement conference directed the parties to attempt to resolve the case without the Court's involvement prior to the conference. The Court further ordered that the Plaintiff make a good faith settlement demand, and the Defendants submit a good faith response to the Plaintiff's demand before the conference.

1

3.    In accordance with the Court's directive, the parties engaged in settlement discussions and are actively working together to reach a settlement of this matter. The parties have reached agreement in principle on an outline for settlement terms, and believe they can resolve the matter without necessitating the Court's further involvement; accordingly, they respectfully request that the Court enter an order staying the proceedings for 14 days to give them the opportunity to finalize their discussions.

4.    This stipulation is entered into in good faith and not for the purposes of delay.

5.    The parties will file a Joint Status Report within fourteen (14) days of the date that an order on this stipulation is issued, if settlement discussions are unsuccessful.

**IT IS SO STIPULATED.**

Dated: February 20, 2024.

HOLLAND & HART LLP

*/s/ S. Jordan Walsh*
S. Jordan Walsh, Esq. (SBN 13481)
Dora V. Lane (SBN 8424)
5441 Kietzke Lane, Suite 200
Reno, Nevada 89511-2094

*Attorneys for Defendants*

Dated: February 20, 2024.

WERKSMAN JACKSON & QUINN LLP

*/s/ Caleb E. Mason*
Caleb E. Mason (admitted pro hac vice)
Werksman, Jackson & Quinn, LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017

Mark Kilburn (SBN 1702)
LAW OFFICES OF MARK KILBURN
327 S. Arlington Avenue
Reno, Nevada 89501

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: __February 20, 2024__

31489394_v1

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

2