1 | Sarah J. Walsh (Nevada Bar No. 13481)
Dora V. Lane (Nevada Bar No. 8424)
2 | HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
3 | Reno, NV 89511-2094
Phone: 775.327.3000
4 | Fax: 775.786.6179
sjwalsh@hollandhart.com
5 | dlane@hollandhart.com

6 | *Attorneys for Defendants*
*The City of Sparks, Nevada;*
7 | *Assistant City Manager, John Martini; and*
*Chief of Police, Chris Crawforth*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| OFFICER GEORGE FORBUSH,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF SPARKS, NEVADA; ASSISTANT CITY MANAGER JOHN MARTINI, in his individual and official capacities; CHIEF OF POLICE CHRIS CRAWFORTH, in his individual and official capacities; DOES 1-10,<br><br>          Defendant. | Case No.: 3:21-cv-00163-MMD-WGC<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY** |

///
///
///
///
///
///
///
///
///

1

Plaintiff, George Forbush, and Defendants, the City of Sparks, Nevada; Assistant City Manager John Martini, and Chief of Police Chris Crawforth (collectively, the "Parties") have reached a settlement to fully and finally resolve this case. The Parties' settlement agreement contains certain obligations that must be met before the case is dismissed. Accordingly, the Parties have agreed to and are jointly requesting that the Court enter a 60-day stay of the proceedings to allow for the completion of the tasks outlined in the settlement agreement. The Parties will file a joint stipulation for dismissal with prejudice within 7 business days after the tasks are completed.

**IT IS SO STIPULATED:**

Dated: March 28, 2024.

HOLLAND & HART LLP

*/s/ Dora V. Lane*
S. Jordan Walsh, Esq. (SBN 13481)
Dora V. Lane (SBN 8424)
5441 Kietzke Lane, Suite 200
Reno, Nevada 89511-2094

*Attorneys for Defendants*

Dated: March 28, 2024.

WERKSMAN JACKSON & QUINN LLP

*/s/ Caleb E. Mason*
Caleb E. Mason (admitted pro hac vice)
Werksman, Jackson & Quinn, LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017

Mark Kilburn (SBN 1702)
Law Offices of Mark Kilburn
327 S. Arlington Avenue
Reno, NV 89501

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:     April 1, 2024