CALEB E. MASON (CA Bar No. 246653, pro hac vice)
WERKSMAN JACKSON & QUINN, LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
cmason@werksmanjackson.com
(213) 688-0460

MARK A. KILBURN (Nevada Bar No. 1702)
Law Offices of Mark Kilburn
327 S. Arlington Ave.
Reno, NV 89501
kilburnlaw@sbcglobal.net
(775) 329-1735
*Attorneys for Plaintiff Officer George Forbush*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE FORBUSH,<br><br>      Plaintiff,<br>vs.<br><br>CITY OF SPARKS, NEVADA; ACTING CITY MANAGER CHRIS CRAWFORTH, in his individual and official capacities; ASSISTANT CITY MANAGER JOHN MARTINI, in his individual and official capacities; DOES 1-10,<br><br>      Defendants. | Case No.:   3:21-cv-0163-MMD-CSD<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE FOLLOWING SETTLEMENT OF CASE**<br><br>Judge: Hon. Miranda M. Du |

**IT IS HEREBY STIPULATED** by and between Plaintiff GEORGE FORBUSH by and through his counsel of record (hereinafter "Plaintiff") and Defendants CITY OF SPARKS, NEVADA; ACTING CITY MANAGER CHRIS CRAWFORTH,

ASSISTANT CITY MANAGER JOHN MARTINI, (hereinafter "Defendants"), by and through their counsel of record, as follows:

1. The parties have executed a Settlement Agreement (attached hereto) to resolve this case.
2. The City of Sparks has satisfied its monetary and non-monetary obligations as set forth under the parties' settlement agreement.
3. The City of Sparks has continuing obligations under the settlement agreement, and the agreement provides, and the parties have stipulated, that this Court shall maintain jurisdiction to enforce those obligations, if necessary.
4. Accordingly, the parties jointly request that this case be dismissed with prejudice, pursuant to the settlement agreement, under Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Dated: April 18, 2024          WERKSMAN JACKSON & QUINN, LLP

By: /s *Caleb Mason*
_____
Caleb Mason
Mark Kilburn
Attorneys for Plaintiff

Dated; April 18, 2024          HOLLAND & HART, LLP

By: /s *Dora Lane*
_____
Dora Lane
Attorneys for Defendant

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 25, 2024